IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

McKINLEY WILLIAMS
#089656                                                                                    PLAINTIFF

v.                            No. 3:20-cv-98-DPM-JJV

MARTY BOYD, Sheriff, Craighead
County; BOWERS, Administrator,
Craighead County Sheriff's Office;
and CHADWHICK, Assistant Administrator,
Craighead County Sheriff's Office                                          DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 6*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Williams may proceed with his failure to protect claim against Boyd, Bowers, and Chadwhick. His equal protection claim is dismissed without prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2020