**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MCKINLEY WILLIAMS,                                                                 PLAINTIFF
#089656

v.                              3:20-cv-00098-DPM-JJV

MARTY BOYD,
Sheriff, Craighead County; *et al.*                                       DEFENDANTS

**ORDER**

McKinley Williams ("Plaintiff") was a convicted prisoner in the Craighead County Detention Facility ("CCDF") when he filed this *pro se* action, pursuant to 42 U.S.C. § 1983, and was granted permission to proceed *in forma pauperis.* (Doc. Nos. 1, 3.) Mail recently sent from the Clerk to Plaintiff at the Craighead County Detention Facility has been returned undelivered because he is no longer being held in that facility. (Doc. No. 12.) Prior to his release, Plaintiff was advised of his obligation under Local Rule 5.5(c)(2) to maintain a current mailing address with the Clerk and that his case could be dismissed without prejudice if he failed to do so. (Doc. No. 3). Also, in light of his release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis*.[1]

IT IS, THEREFORE, ORDERED THAT:

1. The Clerk is directed to mail Plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit.

2. If Plaintiff wishes to continue with this lawsuit, he must provide the Clerk with his current mailing address and file a properly completed Application to Proceed Without Prepayment of Fees and Affidavit. **If Plaintiff does not do so within thirty (30) days of the date of this**

---

[1] The Clerk's records demonstrate Plaintiff owes all of the $400 filing fee.

1

**Order, I will recommend dismissal of this case.**

DATED this 22nd day of June 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE