IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MCKINLEY WILLIAMS,                                                                                                PLAINTIFF
#089656

v.                             3:20-cv-00098-DPM-JJV

MARTY BOYD,
Sheriff, Craighead County; *et al.*                                                     DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to Chief United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

1

2.     Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.   Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

McKinley Williams ("Plaintiff") was a convicted prisoner in the Craighead County Detention Facility ("CCDF") when he filed this *pro se,* pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights.  (Doc. Nos. 2, 4.)   The Court granted him permission to proceed *in forma pauperis,* ordered service, and entered an Initial Scheduling Order. (Doc. Nos. 3, 5, 10.)

On June 22, 2020, mail sent to Plaintiff at the CCDF was returned undelivered because he had been released from that facility without providing the Clerk with an updated address as required by Local Rule 5.5(c)(2).   (Doc. No. 12.)   Importantly, Plaintiff had previously received an Order explaining his obligation, under Local Rule 5.5(c)(2), to maintain a valid service address with the Clerk and the possibility that his case could be dismissed without prejudice if he failed to abide by that rule.   (Doc. No. 3.)

On June 22, 2020, I entered an Order giving Plaintiff thirty (30) days to file an updated address and a new Application demonstrating whether he was still entitled to proceed *in forma*

2

*pauperis*.  (Doc. No. 13.)   I warned Plaintiff that if he did not timely comply with my instructions, I would recommend his case be dismissed without prejudice.  (*Id.*)   The time to comply with my June 22, 2020 Order has expired, and Plaintiff has not done so.

Additionally, on June 29, 2020, I specifically ordered Plaintiff to comply with Local Rule 5.5(c)(2).  (Doc. No. 21.)   I notified Plaintiff that if he failed to comply with my order, I would recommend dismissal of this case.   (*Id.*)

Because the Court does not have a valid address for Plaintiff, it would be futile to give him an extension of time to comply with my instructions.   (Doc. Nos. 17, 22, 24, 25.)   Thus, I recommend this case be dismissed without prejudice due to a lack of prosecution.   *See* Local Rule 5.5(c)(2).

Defendants' Motion to Dismiss pursuant to Local Rule 5.5(c)(2) should be denied as premature because it was filed on June 25, 2020, which was before Plaintiff's thirty (30) days to comply with my June 22, 2020 Order expired.   *See Jones v. Johnson*, 06-1059, 2006 WL 1843521 (8th Cir. Jul. 6, 2006) (unpublished opinion) (clarifying that Local Rule 5.5(c)(2) authorizes a court to dismiss for failing to respond to a court order, and not merely for failing to maintain a current address).

IT IS, THEREFORE, RECOMMENDED THAT:

1. Pursuant to Local Rule 5.5(c)(2), the Amended Complaint (Doc. No. 4) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. Defendants' Motion to Dismiss (Doc. No. 18) be DENIED as premature.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order and Judgment adopting these recommendations would not be taken in good faith.

DATED this 29th day of July 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE