# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MCKINLEY WILLIAMS, #089656            **PLAINTIFF**

v.      No. 3:20-cv-98-DPM-JJV

MARTY BOYD, Sheriff, Craighead County; BOWERS, Administrator, Craighead County Sheriff's Office; and CHADWHICK, Assistant Administrator, Craighead County Sheriff's Office            **DEFENDANTS**

## ORDER

Williams hasn't responded to the pending recommendation; and it has not been returned undelivered. The Court adopts it, *Doc. 26*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Williams's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Defendants' motion to dismiss, *Doc. 18*, is denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 August 2020