IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MCKINLEY WILLIAMS,     PLAINTIFF
#089656

v.     No. 3:20-cv-98-DPM-JJV

MARTY BOYD, Sheriff,
Craighead County; BOWERS,
Administrator, Craighead County
Sheriff's Office; and CHADWHICK,
Assistant Administrator, Craighead County
Sheriff's Office     DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 August 2020